**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **PAMELA COLLINS,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 3:10-cv-451 |
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | ) Phillips/Shirley |
| Defendant. | ) |

**JOINT MOTION FOR ENTRY OF AGREED ORDER AMENDING CORPORATE NAME OF DEFENDANT**

Come the parties, jointly, by and through their respective counsel, and move this honorable Court for entry of an Agreed Order allowing the amendment of the corporate name of the Defendant from Progressive Direct Insurance Company to Mountain Laurel Assurance Company. In furtherance of this Joint Motion, the parties attach hereto an "*Agreed Order Amending Name of Defendant*".

Respectfully submitted,

**DANIEL & DANIEL**

s/: _____Dirk A. Daniel *by permission*_____
DIRK A. DANIEL, Esq. BPR#020710
Attorney for Plaintiff
P.O. Box 6
Rutledge, TN 37861-0006
(865) 828-3111

**TRAMMELL, ADKINS & WARD, P.C.**

s/: _____Terrill L. Adkins_____
TERRILL L. ADKINS, Esq. BPR#013138
Attorney for Defendant
P.O. Box 51450
Knoxville, TN 37950-1450
(865) 330-2577