UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAMELA COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Docket No. 3:10-cv-451 |
| PROGRESSIVE DIRECT | ) Phillips/Shirley |
| INSURANCE COMPANY, | ) NOTICE OF ENTRY REQUIRED |
| | ) |
| Defendant. | ) |

### AGREED ORDER AMENDING NAME OF DEFENDANT

By agreement of the parties and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** that pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Defendant's corporate name in the above captioned matter shall be amended deleting Progressive Direct Insurance Company and adding **MOUNTAIN LAUREL ASSURANCE COMPANY.**

**ENTER** this _____ day of _____, 2011.

_____
USMJ **JUDGE**

APPROVED FOR ENTRY:

**DANIEL & DANIEL**

s/        Dirk A. Daniel    *(by permission)*
       Dirk A. Daniel, Esq. BPR# 020710
       Attorney for Plaintiff
       P.O. Box 6
       Rutledge, TN 37861-0006


**TRAMMELL, ADKINS & WARD, P.C.**

s/       Terrill L. Adkins
       Terrill L. Adkins, Esq. BPR# 013138
       Attorney for Defendant
       P.O. Box 51450
       Knoxville, TN 37950