UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAMELA COLLINS, | ) |
| | ) |
|     Plaintiff/Counter Defendant, | ) |
| | ) |
| vs. | ) Civil Action No. 3:10-cv-451 |
| | ) Phillips/Shirley |
| MOUNTAIN LAUREL ASSURANCE COMPANY, | ) |
| | ) |
|     Defendant/Counter Plaintiff. | ) |

## AGREED STIPULATION OF DISMISSAL

It is hereby stipulated by the parties, that this action is not subject to the provisions of Rules 23(e), 66, *Federal Rules of Civil Procedure* or any statute of the United States. The parties further stipulate that the original Complaint is dismissed by the Plaintiff, Pamela Collins, with full prejudice and the Counter Complaint by Mountain Laurel Assurance Company is dismissed with full prejudice pursuant to Rule 41 (a)(1)(ii) of the *Federal Rules of Civil Procedure*. All parties will bear their own costs.

Respectfully submitted,

**DANIEL & DANIEL**

s/ _____Dirk A. Daniel *(by permission)*
    Dirk A. Daniel, BPR# 020710
    Attorney for Pamela Collins
    P.O. Box 6
    Rutledge, TN 37861-0006


**TRAMMELL, ADKINS & WARD, P.C.**

s/ _____Terrill L. Adkins_____
    Terrill L. Adkins, BPR #013138
    Attorney for Defendant
    P.O. Box 51450
    Knoxville, Tennessee 37950