UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAMELA COLLINS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | No. 3:10-CV-451 |
| ) | (SHIRLEY) |
| V. ) | |
| ) | |
| MOUNTAIN LAUREL ASSURANCE, CO., ) | |
| ) | |
| Defendant/Counter-Claimant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 6].

The parties have filed an Agreed Stipulation of Dismissal [Doc. 34], stipulating that Pamela Collins requests the Complaint in this matter be dismissed with full prejudice and that Mountain Laurel Assurance, Co. requests its Counterclaim be dismissed with full prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Based upon the Agreed Stipulation of Dismissal, the Complaint and Counterclaim in this matter are **DISMISSED WITH FULL PREJUDICE**. This case is closed, and all parties shall bear the costs they incurred in this litigation.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge